IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID SCHEURICH
VCC #M53661                                                                    PLAINTIFF

V.                              1:16CV00102 JM/PSH

ALAN ROBERSON                                                                  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris and the objections filed by Plaibntiff. After carefully considering the objections and making a *de novo* review of the record in this case, the court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff David Scheurich's motion for a preliminary injunction (Doc. No. 101) is DENIED.

IT IS SO ORDERED this 2nd day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE