IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID SCHEURICH                                                             PLAINTIFF
VCC #M53661

V.                          NO: 1:16-CV-00102 JM-PSH

ALAN ROBERSON                                                               DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Roberson's motion for summary judgment (Doc. No. 52) is GRANTED IN PART and DENIED IN PART, and the official capacity claims against Roberson are DISMISSED with prejudice.

2. Scheurich's motion for summary judgment (Doc. No. 56) is DENIED.

3. A bench trial will be set on Scheurich's individual capacity claims.

DATED this 5th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE