**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DAVID SCHEURICH**
**VCC #M53661**                                                                                    **PLAINTIFF**

**V.**                                         **1:16CV00102 JM/PSH**

**ALAN ROBERSON**                                                                         **DEFENDANT**

**ORDER**

The Court has received and reviewed the Recommended Disposition ("Recommendation")

filed by Magistrate Judge Patricia S. Harris. The parties have not filed objections. After a careful

review of the Recommendation, the Court concludes that the Recommendation should be, and

hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Roberson's motion for summary judgment (Doc. No. 133) is GRANTED.

2.      Scheurich's personal capacity claims against Roberson are DISMISSED WITH

PREJUDICE.

3.      This case is DISMISSED WITH PREJUDICE.

4.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from any Order adopting these recommendations and accompanying Judgment would not

be taken in good faith.

DATED this 11th day of March, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE