IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID SCHEURICH
VCC #M53661                                                                                   PLAINTIFF

V.                                      1:16CV00102 JM

ALAN ROBERSON                                                                            DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 11th day of March, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE